```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                                   :
TECHNOLOGY INSURANCE COMPANY, INC.,                                :
                                                                   :
                              Plaintiff,                           :
                                                                   :     21-cv-7387 (LJL)
         -v-                                                       :
                                                                   :          ORDER
PHILADELPHIA INDEMNITY INSURANCE                                   :
COMPANY,                                                           :
                                                                   :
                              Defendant.                           :
                                                                   :
-------------------------------------------------------------------X
```

LEWIS J. LIMAN, United States District Judge:

The Court held a post-discovery status conference today. This Order memorializes the deadlines and dates discussed at the conference.

- The parties are directed to meet and confer whether summary judgment motion practice is the best way to proceed with this case. By April 15, 2022, the parties are ordered to file a letter informing the Court of the parties' decision and, if summary judgment motions will be filed, the parties' briefing schedule.
- By April 15, 2022, Defendant shall file a letter regarding whether it is entitled to a jury trial. Plaintiff may file an opposition by April 22, 2022, and Defendant may file a reply by April 26, 2022.
- The parties are directed to schedule a settlement conference with the magistrate judge after motions for summary judgment have been made.
- A two-day bench trial is scheduled for July 25, 2022. The joint pretrial order is due by June 20, 2022. The final pretrial conference is set for July 20, 2022 at 2:00 p.m. in Courtroom 15C of the 500 Pearl Street Courthouse.

SO ORDERED.

Dated: April 8, 2022
        New York, New York

                                                            _____
                                                                    LEWIS J. LIMAN
                                                                United States District Judge