**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
TECHNOLOGY INSURANCE COMPANY,
INC., as reinsurer and successor to Tower
Insurance Company of New York,

                    Plaintiff,
    -against-                                                         21 **CIVIL** 7387 (LJL)

## JUDGMENT

PHILADELPHIA INDEMNITY INSURANCE
COMPANY,

                    Defendant.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated November 23, 2022, PIIC's motion for summary judgment is DENIED. Technology's motion for summary judgment is GRANTED.

**Dated:**  New York, New York

      November 23, 2022

                                                               **RUBY J. KRAJICK**

                                                                 _____
                                                                   **Clerk of Court**

                           **BY:**             K. Mango

                                                                   _____
                                                                   **Deputy Clerk**